DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514  
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

In re:

KEVIN VICTOR MONTAGUE  
57 CAYUGA AVENUE  
SAN FRANCISCO, CA 94112

Debtor(s)

Chapter 13  
Case No: 18-30096 DM  
Date: June 20, 2018  
Time: 01:10 PM  
Ctrm: 450 GOLDEN GATE AVENUE  
16th FLOOR - COURTROOM #17  
SAN FRANCISCO, CA 94102-

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 01/26/2018.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee. As of the date of this motion, $4,550.00 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED: May 15, 2018            DAVID BURCHARD  
                               DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KEVIN VICTOR MONTAGUE
57 CAYUGA AVENUE
SAN FRANCISCO, CA 94112

Debtor(s)

Chapter 13
Case No:  18-30096 DM
Date:     June 20, 2018
Time:     01:10 PM
Ctrm:     450 GOLDEN GATE AVENUE
          16th FLOOR - COURTROOM #17
          SAN FRANCISCO, CA 94102-

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in the Declaration. If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 01/26/2018. There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

    __X__    Failure to make required payments to the Trustee. $4,550.00 is in default under Ch. 13 Plan.
    _____    Failure to attend Section 341 Meeting of Creditors scheduled on
    __X__    Failure to respond to Trustee's requests – see attachment "A".

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 15, 2018 in Foster City, California.

Dated: May 15, 2018

DAVID BURCHARD
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    KEVIN VICTOR MONTAGUE
    57 CAYUGA AVENUE
    SAN FRANCISCO, CA 94112

The following recipients have been served via Court's Notice of Electronic Filing:

    BRENT D. MEYER
    brent@meyerllp.com

Dated:    May 15, 2018                                  BRISA RAMIREZ
                                                                    BRISA RAMIREZ

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    KEVIN VICTOR MONTAGUE
    57 CAYUGA AVENUE
    SAN FRANCISCO, CA 94112

Case No.: 18-30096 DM
Chapter 13

ATTACHMENT "A"

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. Trustee is in receipt of objection to confirmation of plan by creditor, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Trustee, filed on February 23, 2018. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

2. Trustee received incomplete attachments to the Chapter Thirteen Business Questionnaire. Trustee requested that the questionnaire and its supporting documents be provided no later than seven days prior the schedule 341 Meeting of Creditors. The debtor has failed to provide the following documents: July 2017 bank statement.

3. The attachment to Schedule I reflects current monthly income from operation of business as $5,750, while question 5 of Form 122C-1 lists average monthly income of $3,216.67. Trustee requested amended documents which accurately reflect the debtor's currently monthly income from the operation of a business, or in the alternative, a detailed declaration explaining the discrepancy. The debtor has failed to amend the appropriate documents for accuracy and consistency and has failed to file the requested declaration.

4. Question 1 of Form 122C-1 indicates debtor is <u>not married</u>. The Statement of Financial Affairs indicates the debtor is <u>married</u>. Trustee requested amended documents which accurately reflect the debtor's marital status. The debtor has failed to file the requested amended documents.

5. Schedule A/B reflects the value of the real property located at 57 Cayuga Avenue, San Francisco, CA as $955,000. Trustee requested an explanation of how this value was arrived. The debtor has failed to provide the requested documentation.