Michael H. Meyer (CA SBN 82336)
Brent D. Meyer (CA SBN 266152)
MEYER LAW GROUP LLP
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
(michael@meyerllp.com)
(brent@meyerllp.com)

Attorneys for Debtor
KEVIN VICTOR MONTAGUE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KEVIN VICTOR MONTAGUE,<br><br>          Debtor. | BK Case No.: 18-30096-DM<br><br>Chapter 13<br><br>**DECLARATION OF DEBTOR KEVIN VICTOR MONTAGUE IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN** |

I, Kevin V. Montague, hereby declare as follows:

1. I am a debtor in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.

2. I make this declaration in support of confirmation of my Chapter 13 Plan of Reorganization in the above-captioned matter.

3. As of the January 26, 2018 (the "Petition Date"), I owned a fee simple interest in real property commonly known as 57 Cayuga Avenue, San Francisco, California 94112 (the "Property"). As the owner of the Property, and based upon my personal knowledge of the

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

BK CASE NO. 18-30096-DM

- 1 -

DECLARATION OF DEBTOR KEVIN VICTOR MONTAGUE IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN

Case: 18-30096    Doc# 23    Filed: 06/05/18    Entered: 06/05/18 15:59:36    Page 1 of 3



Property and the surrounding neighborhood, it is my opinion that the value of the Property as of the Petition Date, and as of the date of this declaration, was worth no more than Nine Hundred and Fifty-Five Thousand Dollars ($955,000).

4. Pursuant to 11 U.S.C. § 101(10A), on Official Form 122C-1 (the "Means Test"), I listed all income that was earned and derived during the six-month period (July 1, 2017 through December 31, 2017) not including the month of filing (January 2018), which was in the average monthly amount of $3,216.67. See Dkt. No. 4. On Official Schedule I: Your Income ("Schedue I"), I projected that I anticipate that I will generate gross business income of at least $5,750 on a monthly basis, which is substantially more that I actually made during the period of July 1, 2017 through December 31, 2017, as my business opportunities have dramatically increased, which has led to a higher amount of gross monthly business income. See Dkt. No. 1. As such, my historical monthly income listed on the Means Test ($3,216.67) is neither consistent with nor equal to my future projected future income on Schedule I ($5,750), as these forms request income for two different periods of time, and the Bankruptcy Schedules (as filed), are accurate and correct, and there are no amendments necessary to these pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of May, 2018 at San Francisco, California.

By: /s/ KEVIN V. MONTAGUE
Kevin Victor Montague

Property and the surrounding neighborhood, it is my opinion that the value of the Property as of the Petition Date, and as of the date of this declaration, was worth no more than Nine Hundred and Fifty-Five Thousand Dollars ($955,000).

    4. Pursuant to 11 U.S.C. § 101(10A), on Official Form 122C-1 (the "Means Test"), I listed all income that was earned and derived during the six-month period (July 1, 2017 through December 31, 2017) not including the month of filing (January 2018), which was in the average monthly amount of $3,216.67. See Dkt. No. 4. On Official Schedule I: Your Income ("Schedue I"), I projected that I anticipate that I will generate gross business income of at least $5,750 on a monthly basis, which is substantially more that I actually made during the period of July 1, 2017 through December 31, 2017, as my business opportunities have dramatically increased, which has led to a higher amount of gross monthly business income. See Dkt. No. 1. As such, my historical monthly income listed on the Means Test ($3,216.67) is neither consistent with nor equal to my future projected future income on Schedule I ($5,750), as these forms request income for two different periods of time, and the Bankruptcy Schedules (as filed), are accurate and correct, and there are no amendments necessary to these pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this   31st   day of May, 2018 at San Francisco, California.

By: /s/ Kevin Montague
Kevin Victor Montague

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

BK CASE NO. 18-30096-DM

- 2 -

DECLARATION OF DEBTOR KEVIN VICTOR MONTAGUE IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN

Case: 18-30096   Doc# 23   Filed: 06/05/18   Entered: 06/05/18 15:59:36   Page 3 of 3