```
 1  Kristin A. Zilberstein, Esq. (200041)
    Jennifer R. Bergh, Esq. (SBN 305219)
 2  LAW OFFICES OF MICHELLE GHIDOTTI
    1920 Old Tustin Ave.
 3  Santa Ana, CA 92705
    Tel: (949) 427-2010
 4  Fax: (949) 427-2732
    kzilberstein@ghidottilaw.com
 5
    Attorneys for Wilmington Savings Fund Society, FSB
 6  D/B/A Christiana Trust as Owner Trustee of the Residential
    Credit Opportunities Trust V
 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>Kevin Victor Montague<br><br>Debtors. | Case No.: 18-30096<br><br>CHAPTER 13<br><br>**SUBSTITUTION OF ATTORNEY**<br><br><br><br>Honorable Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS AND COUSNEL OF RECORD, THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES**

1. The name of the party making this Substitution of Attorney is Kristin A. Zilberstein, Esq.

2. The name, address and telephone number of the New Attorney of Record for

1
SUBSTITUTION OF ATTORNEY

Movant are:

LAW OFFICES OF MICHELLE GHIDOTTI
Kristin A. Zilberstein, Esq.
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732

3. The New Attorney of Record is now substituted in as attorney of record Dane W. Exnowski in place and stead of the Former Attorney of Record:

McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Tel: (562) 983-5365

I HEREBY CONSENT TO THE ABOVE SUBSTITUTION.

THE LAW OFFICES OF MICHELLE GHIDOTTI

Dated: June 14, 2018       By:/s/ Kristin A. Zilberstein
                                Kristin A. Zilberstein, Esq.

                           McCalla Raymer Leibert Pierce, LLP
Dated: June 18, 2018       ~~WRIGHT, FINLAY & ZAK,~~ LLP

                           _____
                           Dane W. Exnowski, Esq.

2
SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
|   | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
|   | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Attorney for Creditor |
| 8 | Wilmington Savings Fund Society, FSB d/b/a |
|   | Christiana Trust as Owner Trustee of the Residential |
| 9 | Credit Opportunities Trust V |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 18-30096 |
| | ) | |
| Kevin Victor Montague, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 20, 2018 I served the following documents described as:

- **PROOF OF CLAIM**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Kevin Victor Montague | David Burchard |
| 57 Cayuga Avenue | P.O. Box 8059 |
| San Francisco, CA 94112 | Foster City, CA 94404 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Brent D. Meyer | Office of the U.S. Trustee / SF |
| Meyer Law Group, LLP | Phillip J. Burton Federal Building |
| 268 Bush St. #3639 | 450 Golden Gate Ave. 5th Fl., #05-0153 |
| San Francisco, CA 94104 | San Francisco, CA 94102 |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2018 at Santa Ana, California

/*s / Jeremy Romero*/
Jeremy Romero

2
CERTIFICATE OF SERVICE

Case: 18-30096    Doc# 26    Filed: 06/20/18    Entered: 06/20/18 11:21:56    Page 4 of 4