Michael H. Meyer (CA SBN 82336)
Brent D. Meyer (CA SBN 266152)
MEYER LAW GROUP LLP
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:   (415) 762-5277
(michael@meyerllp.com)
(brent@meyerllp.com)

Attorneys for Debtor
KEVIN VICTOR MONTAGUE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | BK Case No.: 18-30096-DM |
| KEVIN VICTOR MONTAGUE, | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On August 14, 2018, I served copies of the following document(s):

**[PROPOSED] ORDER GRANTING MOTION TO REQUIRE SECURED CREDITOR TO PAY ATTORNEY'S FEES AND COSTS**

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☒ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

| **SECURED CREDITOR** | **SECURED CREDITOR** |
| --- | --- |
| U.S. Bank, N.A. | Wilmington Savings Fund Society, FSB |
| Attn: Andrew Cecere, CEO | Attn: Mark A. Turner, CEO |
| 425 Walnut Street | 500 Delaware Avenue |
| Cincinnati, Ohio 45202 | Wilmington, Delaware 19801 |
| | |
| [Address on FDIC Website Under the "Bank Find" Function] | [Address on FDIC Website Under the "Bank Find" Function] |

**SECURED CREDITOR'S COUNSEL**
Law Offices of Michelle Ghidotti
Attn: Kristin A. Zilberstein, Esq.
1920 Old Tustin Road
Santa Ana, California 92705

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☐ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on August 14, 2018 at San Francisco, California.

/s/ BRENT D. MEYER
Brent D. Meyer

BK CASE NO. 18-30096-DM
- 2 -
CERTIFICATE OF SERVICE
Case: 18-30096   Doc# 35   Filed: 08/14/18   Entered: 08/14/18 17:06:08   Page 2 of 2