DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   KEVIN VICTOR MONTAGUE
   57 CAYUGA AVENUE
   SAN FRANCISCO, CA 94112
                        Debtor(s)

Chapter 13
Case No: 18-30096 DM
Date:    September 18, 2018
Time:    01:00 PM
Ctrm:    450 GOLDEN GATE AVENUE
          16th FLOOR - COURTROOM #17
          SAN FRANCISCO, CA 94102-

MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE UNDER 11 U.S.C. SECTION 1307(c)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD.

The Chapter 13 Trustee, DAVID BURCHARD, moves the court for an order, pursuant to 11 U.S.C. Section 1307(c), dismissing this case for cause in that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 13 Plan.

1.  This court has jurisdiction over this matter pursuant to 11 U.S.C. Section 1307(c), Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. Section 157(b)(2)(A).

2.  This motion is made for cause pursuant to 11 U.S.C. Section 1307(c) on grounds that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 13 Plan. In order for this Motion to Dismiss to be withdrawn, Debtor(s) must cure this delinquency **AND** make all subsequent monthly payments that are due.  This motion is based upon all documents, records on file, together with this Notice of Motion, Motion, Declaration and any such additional documents, records and evidence which may be presented.

3.  An Order Confirming Plan was entered 07/03/2018.

4.  The Debtor(s) current monthly payment is $4850.00.

5.  Pursuant to the Debtor(s)' confirmed plan, to be current through August 2018  the Debtor(s) should have paid the Trustee $33,950.00.

6.  As of the date hereof, the Debtor(s) have paid $19,550.00.

7.  Therefore, the default as of , is $14,400.00.

8.  This default amount may increase by future payments due, after this Motion to Dismiss is filed.

9.  The cause to dismiss this case exists because the Debtor(s) has failed to make payments as described in the debtor(s)' confirmed Chapter 13 Plan and the Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney may appear at the hearing on this motion and present argument in opposition to this motion.

Dated:      August 21, 2018                                     David Burchard_____
                                                                   David Burchard, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KEVIN VICTOR MONTAGUE
57 CAYUGA AVENUE
SAN FRANCISCO, CA 94112

Debtor(s)

Chapter 13
Case No: 18-30096 DM
Date:    September 18, 2018
Time:    01:00 PM
Ctrm:    450 GOLDEN GATE AVENUE
         16th FLOOR - COURTROOM #17
         SAN FRANCISCO, CA 94102-

DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE UNDER
11 U.S.C. SECTION 1307(c)

I am the custodian and/or keeper of the business records referenced herein, and I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct.  If called upon as a witness, I could and would competently testify to the fact contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1.  An Order Confirming Plan was entered 07/03/2018.

2.  The Debtor(s) monthly payment is $4850.00.

3.  Pursuant to the Debtor(s)' confirmed plan, to be current through August 2018 the Debtor(s) should have paid the Trustee $33,950.00.

4.  As of the date hereof, the Debtor(s) have paid $19,550.00.

5.  Therefore, the default as of   is $14,400.00.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 21, 2018, in Foster City, California.


Dated:       August 21, 2018                 David Burchard_____
                                             David Burchard, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. Section 1307(c), the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Under 11 U.S.C. Section 1307(c)** and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    KEVIN VICTOR MONTAGUE
    57 CAYUGA AVENUE
    SAN FRANCISCO, CA 94112

The following recipients have been served via Court's Notice of Electronic Filing:

    BRENT D. MEYER
    brent@meyerllp.com

Dated:    August 21, 2018                      <u>LIZ WHIGHAM</u>
                                                              LIZ WHIGHAM